IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PRIMA EXPLORATION, INC.<br><br>　　Plaintiff and Counterclaim-<br>　　Defendant,<br><br>vs.<br><br>NOVA ENERGY, LLC,<br><br>　　Defendant and Counterclaim-<br>　　Plaintiff. | CV 22-140-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 56) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 29th day of November, 2023.

　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE

1